UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DAVID GILMORE,

                Plaintiff,          09 Civ. 6230 (WHP)
     v.                                  ECF CASE

ABBY GILMORE, et al.,                  CONSENT ORDER CONTAINING
                Defendants.       PRELIMINARY INJUNCTION
-----------------------------------------------------------x

      Plaintiff having moved for a preliminary injunction and for appointment of a receiver and the Court having heard counsel for the parties and having received defendants' subjoined consent, now therefore

IT IS HEREBY ORDERED:

    1    Until further order of this Court, defendants are enjoined not to transfer any funds from CIRS, LLC to any defendant, including not paying interest on, or principal of, loans that Arthur Freierman or Abby Gilmore made to CIRS.

    2    Plaintiff David Gilmore is hereby appointed Receiver of Cele Holdings LLC and Gilmore Holdings LLC. Defendants shall promptly to deliver all documents and records of each to plaintiff at the office of his counsel or other address as he shall designate in writing served on counsel for defendants.

    3    Plaintiff's motion is denied except as granted above.

    4    Counsel's facsimile signatures are accepted as equivalent to originals.

New York, New York
August 7, 2009
                                              U. S. D. J.

CONSENTED TO

PEDOWITZ & MEISTER LLP                ITKOWITZ & HARWOOD

By _____                 By _____ (SR-2356)
    Robert A. Meister                              Simon W. Reiff
Attorney for Defendants                         Attorney for Plaintiff

[Stamps: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/10/09; RECEIVED AUG - 7 2009 WILLIAM H. PAULEY U.S.D.J.]