```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
DAVID GILMORE,                    :

            Plaintiff,            :   09 Civ. 6230 (WHP)

       -against-                  :   SCHEDULING ORDER

ABBY GILMORE, et al.,             :

            Defendants.           :
----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/11

WILLIAM H. PAULEY III, District Judge

The parties having appeared for a final pretrial conference, the following scheduling order is entered on consent.

1. Defendants shall file their motion to strike Plaintiff's jury demand and for summary judgment on Plaintiff's RICO claims by July 7, 2011; Defendants are permitted five (5) additional pages to brief their motion;

2. Plaintiff shall file, if any, a motion in limine and a motion to strike Defendants' counterclaims or defenses by July 7, 2011;

3. The parties shall file their oppositions by July 28, 2011;

4. Any replies shall be filed by August 8, 2011; and

5. Oral argument will be heard on August 19, 2011 at 10:00 a.m.

This matter is set for trial starting on September 12, 2011. Each side will have twenty (20) hours for its case, including opening and closing statements. Witnesses not offered for deposition prior to trial will not be permitted to testify at trial.

Dated: June 22, 2011
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

*All Counsel of Record*