60709/00062950

Jay B. Itkowitz (JBI-5349)
Donald A. Harwood
Simon W. Reiff
**ITKOWITZ & HARWOOD**
305 Broadway, 7th Floor
New York, New York 10007
(646) 822-1801
jitkowitz@itkowitz.com
dharwood@itkowitz.com
sreiff@itkowitz.com

*Attorneys for Plaintiff David Gilmore*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID GILMORE,<br><br>   Plaintiff/Counterclaim Defendant,<br><br>  -against-<br><br>ABBY GILMORE *et al.*,<br><br>   Defendants/Counterclaim Plaintiffs,<br><br>  -and-<br><br>CELE HOLDINGS, INC., and CIRS, LLC,<br><br>   Nominal Defendants. | **Case No.: 09 Civ. 6230 (WHP)**<br><br>**ECF Case** |

## NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

   **TAKE NOTICE,** that upon the accompanying Declaration of Jay B. Itkowitz dated July 7, 2011, Declaration of David Gilmore sworn to on July 7, 2011, Local Rule 56.1 Statement of Material Facts, and Memorandum of Law in Support of Plaintiff's Motion For Partial Summary Judgment, and all other papers, pleadings, and proceedings heretofore had herein, Plaintiff David Gilmore ("Plaintiff") will move this Court, at the United States District Court for the Southern District of New York, located

at 500 Pearl Street, New York, New York 10007, on August 19, 2011, at 10:00 a.m., or as soon thereafter as counsel can be heard, for an Order:

    (a)    pursuant to Federal Rule of Civil Procedure 56, granting Plaintiff partial summary judgment and dismissing defenses (i), (ii), (vi), (vii), (xiii), (xiv), (xv), (xvi), (xvii), (xviii), (xx), (xxiii), (xxvi), (xxviii), (xxx), (xxxi), (xxxii), (xxxv), (xxxviii), (xlii), (xliv), and the hanging paragraph after (xlvi);

    (b)    pursuant to Federal Rule of Civil Procedure 56, granting Plaintiff partial summary judgment and dismissing counterclaims (I), (II), (III), and (VI) asserted by Defendants in the Pretrial Order dated June 2, 2011; and

    (c)    granting such other and further relief as this Court may deem proper and just.

**TAKE FURTHER NOTICE**, that pursuant to an Order of this Court dated June 22, 2011 [Docket No. 105], opposition papers, if any, must be filed by July 28, 2011.

Dated:    New York, New York
             July 7, 2011

                      **ITKOWITZ & HARWOOD**

                      By: */s/ Jay B. Itkowitz*
                          Jay B. Itkowitz (JBI-5349)
                          Donald A. Harwood
                          Simon W. Reiff
                          305 Broadway, 7th Floor
                          New York, New York 10007
                          (646) 822-1801
                          jitkowitz@itkowitz.com
                          dharwood@itkowitz.com
                          sreiff@itkowitz.com

                          *Attorneys for Plaintiff*
                          *David Gilmore*