UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
DAVID GILMORE,                    :

           Plaintiff,         :   09 Civ. 6230 (WHP)

   -against-                     :   ORDER

ABBY GILMORE, et al.,             :

           Defendants.        :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

       This Court has considered Plaintiff's September 2, 2011 letter application and Defendants' response of the same date. These letters are emblematic of the scorched-earth tactics the parties have employed throughout this litigation.

       Pursuant to the All Writs Act and this Court's inherent authority to preserve the integrity of its prior orders, the parties are directed to maintain the escrow accounts established pursuant to this Court's orders and preserve all funds in those accounts pending an order by a New York State Supreme Court Justice, in the event Plaintiff re-files its claims in state court, or an order by the United States Court of Appeals for the Second Circuit, in the event Plaintiff appeals. If Plaintiff does neither, Defendant may present an application to this Court. This will ensure that the status quo is preserved.

Dated: September 2, 2011
       New York, New York

                                                SO ORDERED:

                                            WILLIAM H. PAULEY III
                                                  U.S.D.J.

*Counsel of Record:*

Jay B. Itkowitz, Esq.
Itkowitz & Harwood
305 Broadway, 7th Floor
New York , NY 10007
*Counsel for Plaintiff*

Mathew E. Hoffman, Esq.
Barton Barton & Plotkin
420 Lexington Avenue
New York, NY 10170
*Counsel for Defendants*